O
JS-6

cc: order, docket, remand letter to
Los Angeles Superior Court, Northeast District,
Pasadena, No. GC 050907

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY J. SHILOH,<br><br>    Plaintiff,<br>  v.<br><br>IQ DATA INTERNATIONAL, INC., and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:13-cv-2322-ODW(VBKx)<br><br>**ORDER REMANDING CASE [8]** |

The Court hereby **GRANTS** Plaintiff's motion to dismiss the second and third causes of action in his Complaint. This dismissal is without prejudice. Further, based on Defendant's consent to the remand of this action, the Court hereby **GRANTS** Plaintiff's motion to remand this action to Los Angeles County Superior Court. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

April 17, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**